```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF PUERTO RICO
```

DON KING PRODUCTIONS, INC.,

    **Plaintiff**

        **v.**                        **CIVIL NO.** 05-1178(JAG)

EL IMAN DE TONY, <u>et al.</u>,

    **Defendant(s)**

**ORDER**

    The deadline for filing objections to the Magistrate-Judge's Report and Recommendation (Docket No. 75) has elapsed. Upon review of the record, the Court adopts the Report and Recommendation. Default Judgment shall enter accordingly.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 5th day of January, 2006.

                                    <u>S/Jay A. Garcia-Gregory</u>
                                    JAY A. GARCIA-GREGORY
                                    United States District Judge