IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DON KING PRODUCTIONS, INC.,

**Plaintiff**

**v.**                                      CIVIL NO. 05-1178(JAG)

EL IMAN DE TONY, et al.,

**Defendant(s)**

## ORDER

The deadline for filing objections to the Magistrate-Judge's Report and Recommendation (Docket No. 76) has elapsed. Upon review of the record, the Court adopts the Report and Recommendation. Default Judgment shall enter accordingly.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 5th day of January, 2006.

S/Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
United States District Judge