```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF PUERTO RICO
```

DON KING PRODUCTIONS, INC.,
    **Plaintiff(s)**

       **v.**

EL IMAN DE TONY, et al.,

    **Defendant(s)**

**CIVIL NO**. 05-1178(JAG)

**ORDER**

The deadline for filing objections to the Magistrate-Judge's Report and Recommendation (Docket No. 116) has elapsed. Upon review of the record, the Court adopts the Report and Recommendation.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 27th day of June, 2006.

                                        S/Jay A. Garcia-Gregory
                                        JAY A. GARCIA-GREGORY
                                        United States District Judge